**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BRIDGEPORT PAIN CONTROL CENTER, LTD., on behalf of plaintiff and the class members described below, | ) ) ) ) ) | |
| Plaintiff, | ) ) | 13 C 7280 |
| v. | ) ) | |
| ERCHONIA CORPORATION, SANTA BARBARA MEDICAL INNOVATIONS, LLC, and JOHN DOES 1-10, | ) ) ) ) ) | Judge Wood Magistrate Judge Cox |
| Defendants. | ) | |

**STIPULATION TO DISMISS ERCHONIA CORPORATION**

Plaintiff Bridgeport Pain Control Center, Ltd. and Defendant Erchnoia Corporation by and through their respective attorneys and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to the dismissal of Plaintiff Bridgeport Pain Control Center, Ltd.'s individual claims against defendant Erchonia Corporation with prejudice and without costs. Plaintiff Bridgeport Pain Control Center, Ltd.'s class claims against defendant Erchonia Corporation are dismissed without prejudice and without costs.

Respectfully submitted,

| | |
|---|---|
| s/ Heather Kolbus | s/Stephanie W. Tipton (w/ permission) |
| Daniel A. Edelman | Stephanie W. Tipton |
| Heather Kolbus | Laura Milnichuk |
| EDELMAN, COMBS, LATTURNER & GOODWIN, LLC | LITCHFIELD CAVO, LLP 303 W. Madison Street, Suite 300 |
| 120 S. LaSalle Street, Suite 1800 | Chicago, IL 60603 |
| Chicago, IL 60603 | (312) 781-6677 |

| | |
|---|---|
| (312) 739-4200 | (312) (FAX) |
| (312) 419-0379 (FAX) | *Counsel for Defendant Erchonia Corp.* |
| *Counsel for Plaintiff and* | |
| *the Putative Classes* | |
| | |
| |  s/ Christopher S. Wunder (w/ permission) |
| | Eric D. Kaplan |
| | Christopher S. Wunder |
| | KAPLAN PAPADAKIS |
| |       & GOURNIS, P.C. |
| | 180 N. LaSalle Street, Suite 2108 |
| | Chicago, IL 60601 |
| | (312) 726-0531 |
| | (312) 726-4928 (FAX) |
| | *Counsel for Defendant Santa Barbara* |
| | *Medical Innovations, LLC* |

**CERTIFICATE OF SERVICE**

  I, Heather Kolbus, hereby certify that on May 23, 2014, I caused a true and correct copy the foregoing document to be filed via the Court's CM/ECF system, which will cause notification of such filing to be sent to the following:

 Eric D. Kaplan (ekaplan@kpglaw.com)
 Christopher S. Wunder (cwunder@kpglaw.com)
 Stacie E. Barhorst (sbarhorst@kpglaw.com)
 KAPLAN PAPADAKIS
   & GOURNIS, P.C.
 180 N. LaSalle Street, Suite 2108
 Chicago, IL 60601

 Stephanie W. Tipton (tipton@litchfieldcavo.com)
 Laura Milnichuk (milnichuk@litchfieldcavo.com)
 LITCHFIELD CAVO, LLP
 303 W. Madison Street, Suite 300
 Chicago, IL 60603

              s/ Heather Kolbus
              Heather Kolbus


Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)