IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRIDGEPORT PAIN CONTROL CENTER, LTD., on behalf of plaintiff and the class members described below, | ) ) ) ) ) | |
| Plaintiff, | ) ) | 13 C 7280 |
| v. | ) ) | Judge Wood |
| SANTA BARBARA MEDICAL INNOVATIONS, LLC, and JOHN DOES 1-10, | ) ) ) ) | Magistrate Judge Cox |
| Defendants. | ) | |

**STIPULATION TO DISMISS**

Plaintiff Bridgeport Pain Control Center, Ltd. and Defendant Santa Barbara Medical Innovations, LLC by and through their respective attorneys and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to the dismissal of Plaintiff Bridgeport Pain Control Center, Ltd.'s individual claims against defendant Santa Barbara Medical Innovations, LLC with prejudice and without costs. Plaintiff Bridgeport Pain Control Center, Ltd.'s class claims against defendant Santa Barbara Medical Innovations, LLC are dismissed without prejudice and without costs. Plaintiff Bridgeport Pain Control Center, Ltd.'s claims John Does 1-10 are dismissed without prejudice and without costs.

Respectfully submitted,

  s/ Heather Kolbus                                        s/ Eric D. Kaplan (w/ permission)
Daniel A. Edelman                                          Eric D. Kaplan
Heather Kolbus                                             Christopher S. Wunder

| | |
|---|---|
| EDELMAN, COMBS, LATTURNER & GOODWIN, LLC<br>20 S. Clark Street, Suite 1500<br>Chicago, IL 60603<br>(312) 739-4200<br>(312) 419-0379 (FAX)<br>*Counsel for Plaintiff* | KAPLAN PAPADAKIS & GOURNIS, P.C.<br>180 N. LaSalle Street, Suite 2108<br>Chicago, IL 60601<br>(312) 726-0531<br>(312) 726-4928 (FAX)<br>*Counsel for Defendant Santa Barbara Medical Innovations, LLC* |

**CERTIFICATE OF SERVICE**

   I, Heather Kolbus, certify that on March 3, 2015, I caused the foregoing document to be filed via the Court's CM/ECF system, which will send notification of such filing to the following:

 Eric D. Kaplan (ekaplan@kpglaw.com)
 Christopher S. Wunder (cwunder@kpglaw.com)
 Stacie E. Barhorst (sbarhorst@kpglaw.com)
 KAPLAN PAPADAKIS
   & GOURNIS, P.C.
 180 N. LaSalle Street, Suite 2108
 Chicago, IL 60601

              s/Heather Kolbus
              Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
  & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)